UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TREVINO,<br><br>           Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES LLC,<br><br>           Defendant. | Case No. 1:23-cv-00658-ADA-CDB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND<br><br>(Doc. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO REVISE PARTY NAME |

On April 28, 2023, Defendant Amazon.com Services LLC ("Defendant") removed this action from Kern County Superior Court. (Doc. 1). Thereafter, Plaintiff Jamie Trevino ("Plaintiff") filed this instant motion to amend the summons issued on March 21, 2023 and return of service of summons filed on April 15, 2023, by striking the words "Jamie Trevino, Plaintiff," and adding in their place the words "Jaime Trevino, Plaintif." (Doc. 9 at 2). Defendant does not oppose the motion. *Id*.

Minor errors in the name of a party, through misspelling or other error, do not render a summons substantively defective when the summons and complaint are actually received by the defendant and the defendant is not mislead by the error. *East Bay Mun. Util Dist. v. Nat'l Union Fire Ins. Co.*, No. C 09-0614 PJH, 2009 WL 975442, at *3 (N.D. Cal. Apr. 10, 2009). Defendant was served on April 15, 2023, and Defendant subsequently removed this action to this Court. (Doc. 1). As Defendant was not mislead by any error, no amendment is necessary. However, given the

lack of opposition by Defendant, the Court shall grant Plaintiff's motion. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). Accordingly, it is HEREBY ORDERED:

1. Plaintiff's unopposed motion for leave to amend (Doc. 9) is GRANTED;
2. Plaintiff may refile the amended summons to this Court with the correct spelling of Plaintiff's name; and
3. The Clerk of Court is directed to change Plaintiff's name from Jamie Trevino to "Jaime Trevino."

IT IS SO ORDERED.

Dated: **August 8, 2023**

_____
UNITED STATES MAGISTRATE JUDGE